IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:                                    Misc. No _06-MC-00023_
Armando O Herrera-Vasquez                          _06-MJ-03142_

## ORDER DISMISSING MATERIAL WITNESS WARRANT

Upon motion of the United States the material witness warrant in the instant case is hereby dismissed.

s/ Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE-JUDGE
WESTERN DISTRICT OF TENNESSEE